

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00523-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Carlos **BENAVIDES**, III, Tomas Benavides and Ana B. Galo,
as Co-Trustees of the Benavides Family Mineral Trust,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ000427-D4
Honorable Oscar (O.J.) Hale, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Carlos Benavides, III, Tomas Benavides, and Ana B. Galo, as Co-Trustees of the Benavides Family Mineral Trust, recover their costs of this appeal from appellant, Leticia R. Benavides.

SIGNED October 8, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice